Jeffry Locke
530 Alameda Del Prado, #396
Novato, CA 94949
Telephone: (415) 413-4401

Trustee in Bankruptcy



FILED

JUN 10 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA

In re:

MICONI MARBLE & TILE, INC.

Debtor(s)

Case No. 08-12032 AJ

Chapter 7

NOTICE OF SMALL DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3010(a), the trustee in the above-captioned case hereby turns over to the Court, Small Dividends in the amount of $4.47. The names and addresses of those entitled to the Small Dividends treated as unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 3 | Intertile<br>P.O. Box 2129<br>Oakland, CA 94621-2129 | 60.75 | 2.71 |
| 12 | Isla Carmen LLC<br>250 Sly Way<br>Grants Pass, OR 97527 | 39.62 | 1.76 |

Dated: June 9, 2010

_____
Jeffry Locke, TRUSTEE